**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                              Criminal No. 05-cr-143-01-JD

<u>Donald Wonders</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant's competency is an issue.  At this point his bail is revoked for the violation.  He may come back after his evaluation.

I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

  **SO ORDERED.**

          /s/ James R. Muirhead
          James R. Muirhead
          United States Magistrate Judge

Date: March 12, 2007

cc: Debra M. Walsh, Esq.
   Mark L. Sisti, Esq.
   U.S. Marshal
   U.S. Probation