UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                              Criminal No. 05-cr-143-JD

<u>Donald Wonders</u>

<u>O R D E R</u>

    Counsel for the defendant has filed a motion, assented to by the government, seeking an order pursuant to 18 U.S.C. § 4241 directing that the defendant undergo psychiatric or psychological evaluations to determine his mental competency to stand trial (document no. 39).

    The defendant is committed to the custody of the Attorney General for placement in a suitable facility for the purpose of an examination pursuant to 18 U.S.C. § 4241, for a period not to exceed thirty days.

    A report shall be filed with the court with copies provided to the government and counsel for the defendant in accordance with the provisions of 18 U.S.C. § 4247(c).

    SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                  District Judge

March 15, 2006

cc:  Mark L. Sisti, Esquire
     Debra M. Walsh, Esquire