UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 05-cr-143-01-JD

<u>Donald Wonders</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 54) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: July 16, 2007


cc: Mark Sisti, Esq.
    Debra Walsh, Esq.
    U.S. Marshal
    U.S. Probation